[No. 45542-1-II.   Division Two.   February 3, 2015.]

STEVEN P. KOZOL, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-06850-5, Stephanie A. Arend, J., entered October 11, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 45678-8-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLE DIANE BARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03236-0, Frank E. Cuthbertson, J., entered November 15, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 31298-4-III.   Division Three.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK RAMOS CARRASCO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01188-4, Michael G. McCarthy, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.

[No. 31849-4-III.   Division Three.   February 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MONROE HARDING, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 13-1-00146-1, John Hotchkiss, J. Pro Tem., entered July 31, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.